

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00076-CR

The **STATE** of Texas,
Appellant

v.

Ernesto Eliazar **VELA**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR121162
Honorable Spencer W. Brown, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order granting appellee's motion to suppress is AFFIRMED.

SIGNED December 10, 2014.

_____
Rebeca C. Martinez, Justice